JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA SALARI,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>WALT DISNEY PARKS AND RESORTS U.S., INC.,<br><br>　　　　　　　Defendant. | Case No. 8:23-cv-01406-WLH-DFM<br><br>**FINAL JUDGMENT** |

　　　Plaintiff Sara Salari ("Plaintiff") filed this case against Walt Disney Parks and Resorts U.S., Inc. ("WDPR") in Orange County Superior Court on September 6, 2022, which was later removed to this Court (Notice of Removal, Docket No. 1 at Exh. A). Plaintiff's complaint alleged violations of the Americans with Disabilities Act, violations of the Unruh Civil Rights Act ("Unruh Act"), breach of contract, intentional misrepresentation, negligent misrepresentation, intentional infliction of emotional distress, and negligent infliction of emotional distress. (*Id*.). A First Amended Complaint, followed by meet-and-confer discussions, resulted in a Second Amended Complaint being filed in state court with just four claims: violations of the Unruh Act, breach of contract, breach of the implied covenant of good faith and fair dealing, and negligent misrepresentation. (*Id*. at Exh. C). Upon removal, WDPR filed a partial motion to dismiss the Second Amended Complaint. This Court granted the motion and dismissed all claims but the Unruh Act claim. (Order, Docket No. 14 at 11). On September 6, 2024, the Court granted summary judgment in favor of WDPR on the remaining Unruh Act claim. (Order, Docket No. 39).

Now that all the claims have been resolved,

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff shall have and recover nothing on her claims against WDPR.

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of WDPR and against Plaintiff on the merits.

IT IS FURTHER ORDERED AND ADJUDGED that WDPR shall recover from Plaintiff its costs of court.

IT IS FURTHER ORDERED AND ADJUDGED that all of Plaintiff's claims in the above-captioned action are hereby dismissed with prejudice.

SIGNED this 30th day of September, 2024.

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE